MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 W. Spring Mountain Road, Suite #101
Las Vegas, NV 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALISSA COOLEY on behalf of herself and all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada Limited Liability Company; DOE individuals 1 through 20 inclusive and ROE Corporations 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-625-GMN-CWH<br><br>**PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT** |

**TO THIS HONORABLE COURT:**

Pursuant to the Court's Minute Order dated May 31, 2013 [Doc. No. 53], Plaintiff, by and through her counsel, Mark J. Bourassa, hereby submits the following Status Report Regarding Settlement:

On May 30, 2013, Plaintiff filed a Notice of Settlement [Doc. No. 51] pursuant to the Parties' agreement to resolve all claims between the Parties alleged in this matter. Thereafter, on June 14, 2013, June 20, 2013, and June 28, 2013, counsel for Plaintiff provided counsel for Defendant with a draft settlement agreement and release for review and comment and requested

//

- 1 -

a response.  As of the filing of this report, counsel for Defendant has not responded.

DATED this 28th day of June, 2013

                                                     THE BOURASSA LAW GROUP, LLC

                                                     By:  */s/ Mark J. Bourassa*
                                                          MARK J. BOURASSA, ESQ.
                                                          Nevada Bar No. 7999
                                                          mbourassa@bourassalawgroup.com
                                                          8668 Spring Mountain Road, Suite 101
                                                          Las Vegas, Nevada 89117
                                                          Telephone: (702) 851-2180
                                                          Facsimile: (702) 851-2189
                                                          *Attorney for Plaintiff*