MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALISSA COOLEY on behalf of herself and all similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada Limited Liability Company; DOE individuals 1 through 20 inclusive and ROE Corporations 1 through 20, inclusive,<br><br>    Defendants. | Case No.:  2:11-cv-625-GMN-CWH<br><br><br><br>**STIPULATION FOR DISMISSAL** |

**STIPULATION FOR DISMISSAL**

   IT IS HEREBY STIPULATED by the Plaintiff, Alissa Cooley, by and through her

attorney Mark J Bourassa, Esq. of The Bourassa Law Group, LLC and the Defendant, ALESSI

& KOENIG, LLC, by and through their attorney Ryan Kerbow, Esq. of Alessi & Koenig, LLC

that the above-entitled matter be dismissed without prejudice, each party to bear its own

/ / /

/ / /

/ / /

1  attorney's fees and costs.

2

3          DATED this 18th day of November 2013.

4  **THE BOURASSA LAW GROUP, LLC**          **ALESSI & KOENIG, LLC**

5

6  _s/s Mark J. Bourassa, Esq._          _s/s Ryan Kerbow, Esq._
   MARK J. BOURASSA, ESQ.          RYAN KERBOW, ESQ.

7  Nevada Bar No. 7999          Nevada Bar No. 11043
   8668 Spring Mountain Rd., Suite 101          9500 W Flamingo Rd, Suite 101

8  Las Vegas, Nevada 89117          Las Vegas NV 89147
   Tel: (702) 851-2180          Tel: (702) 222-4033

9  Fax: (702) 851-2189          Fax: (702) 222-4043
   *Attorney for Plaintiff*          *Attorney for Defendant*

10 *Alissa Cooley*          *Alessi & Koenig, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   MARK J. BOURASSA, ESQ.
2   Nevada Bar No. 7999
    **THE BOURASSA LAW GROUP, LLC**
3   8668 Spring Mountain Road, Suite 101
    Las Vegas, Nevada 89117
4   Tel: (702) 851-2180
    Fax: (702) 851-2189
5   mbourassa@bourassalawgroup.com
    *Attorney for Plaintiff*
6

7                       **UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF NEVADA**

9

10  ALISSA COOLEY on behalf of herself and all          Case No.:  2:11-cv-00625-GMN-CWH
    similarly situated persons,
11

12              Plaintiffs,

13  vs.

                                                         **[PROPOSED] ORDER**
14  ALESSI & KOENIG, LLC, a Nevada Limited
    Liability Company; DOE individuals 1 through
15  20 inclusive and ROE Corporations 1 through
    20, inclusive,
16

17              Defendants.

18          Based on the Stipulation for Dismissal signed by counsel, the case is hereby dismissed

19  with prejudice, each party to bear its own attorney fees and costs.

20

21

22  DATED: _____          _____

23                                            CARL W. HOFFMAN
                                              United States Magistrate Judge
24                                            2:11-cv-00625-GMN-CWH

25

26

27

28

                                      - 3 -